1

Attorneys for Plaintiff(s), James Grant

2

3
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4

5

6
IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

**Index No.: 06-6771 CRB**

**MDL NO. 1699**
**District Judge: Charles R. Breyer**

7
James Grant,

8
Plaintiffs,

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

9
vs.

10
Pfizer, Inc., et al.
Defendants.

11

12
Come now the Plaintiff(s), James Grant, and Defendants, by and through the

13
undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

14
stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

15

16
fees and costs.

17
DATED: _May_, 2009          By:

Michael A. London
Douglas & London, P.C.
111 John Street, Suite 1400
New York, NY 10038
Telephone: (212) 566-7500
Facsimile: (212) 566-7501
Attorneys for Plaintiff(s), James Grant

18

19

20

21
DATED: Oct. 21, 2009          By:

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Defendants' Liaison Counsel

22

23

24

25
**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
**IT IS SO ORDERED.**

26

27
DATED OCT 2 8, 2009

28
Hon. Charles R. Breyer
United States District Court

-1-